1

2

O

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )
                                          )
12                  Plaintiff,            )        SA 07-237M
                                          )
13        v.                              )   ORDER OF DETENTION AFTER HEARING
                                          )          (18 U.S.C. § 3142(i))
14   ROBERTO URIOSTEGUI-PADILLA,          )
                                          )
15                  Defendant.            )
     _____ )

16

17                                        I.

18   A. (  ) On motion of the Government involving an alleged

19        1. (  )  crime of violence;

20        2. (  )  offense with maximum sentence of life imprisonment or death;

21        3. (  )  narcotics or controlled substance offense with maximum sentence of ten or more years

22             (21 U.S.C. §§  801,/951, et. seq..,/955a);

23        4. (  )  felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion ( X) (by the Government) / (  ) (by the Court sua sponte involving)

25        1. ( X)    serious risk defendant will flee;

26        2. (  )  serious risk defendant will

27             a. (  )   obstruct or attempt to obstruct justice;

28             b. (  )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

                    ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1                                                             II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )    appearance of defendant as required; and/or

4    B. (  ) safety of any person or the community;

5                                                            III.

6    The Court has considered:

7    A. ( x ) the nature and circumstances of the offense;

8    B. (x) the weight of evidence against the defendant;

9    C. (x) the history and characteristics of the defendant;

10   D. (  ) the nature and seriousness of the danger to any person or to the community.

11                                                           IV.

12   The Court concludes:

13   A. (  ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19   C. (  ) A serious risk exists that defendant will:

20          1. (  )   obstruct  or  attempt to  obstruct  justice;

21          2. (  )   threaten, injure or intimidate a witness/ juror; because:

22

23   D. (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24          provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                        - 2 -                          Page 2 of 3

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: August 16, 2007

9                                                    _____

10                                                   Marc L. Goldman
                                                     U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                        - 3 -                              Page 3 of 3